THE STATE OF KANSAS V. FRED ROSS, FRANK MUR-
PHY, FRANK PLAMONDON, AND TURK SIMMONS.*

No. 14,081.   (80 Pac. 996.)

THE STATE OF KANSAS V. FRED SIMMONS AND
NEWMAN HOARD.*

No. 14,082.   (80 Pac. 996.)

Appeal from Shawnee district court; Z. T. HAZEN,
judge.   Opinion filed May 6, 1905.   Affirmed as to all
the defendants except Plamondon; reversed as to him.

*C. C. Coleman,* attorney-general, and *Otis E. Hun-
gate,* county attorney, for The State.

*C. A. Magaw, G. C. Clemens,* and *Galen Nichols,* for
appellants.

*Per Curiam:* The principal question in this case has already
been disposed of by the decision in the case of *The State v.
Durein,* 70 Kan. 1, 78 Pac. 152, 80 Pac. 987. The evidence was
sufficient to establish the joint guilt of all the parties except
Plamondon. The judgment rendered is not open to the criti-
cisms appellants make upon it, and is to be interpreted by the
separate sentences pronounced upon each one. Each guilty
one is liable for all the costs in the case, but such costs can be
collected but once.

The argument based upon the seventh instruction is faulty
in that it assumes that the defendants were in fact found not
guilty of making sales. In law they have now been in jeopardy,
but their conduct was proper to be considered by the jury as
bearing upon the question of the existence of a nuisance. Evi-
dence as to Plamondon's connection with the place was relevant
to that subject.

The judgment of the district court is affirmed as to all the
defendants except Plamondon. As to him it is reversed and
the cause remanded.

In the case of *The State v. Fred Simmons and Newman
Hoard,* submitted upon the same brief, the judgment of the
district court is affirmed.

---

*Pending in the supreme court of the United States on a writ of error allowed
June 19, 1905.